UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE:<br><br>EDGARD M. VELLOSO<br>JANET E. VELLOSO<br><br>　　　　Debtors | )<br>)<br>)<br>)　Chapter 13<br>)　Case No. 09-44186<br>)<br>)<br>)<br>) |

MOTION TO AVOID SECOND MORTGAGE INTEREST

　　The Debtors, Edgard M. Velloso and Janet E. Velloso (hereinafter the DEBTORS), bring this Motion under 11 U.S.C. 506(a) and 11 U.S.C. 1322(b)(2) to avoid the second mortgage interest on the DEBTORS' residence at 215 Chapman Road, Tewksbury, MA (hereinafter the RESIDENCE), now held by Bayview Loan Servicing (hereinafter BAYVIEW), successor in interest to Citibank Federal Savings Bank (hereinafter CITIBANK).

　　As grounds, the DEBTORS represent:

1. The DEBTORS commenced this case on October 5, 2009 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. On or about July 6, 2006, the DEBTORS borrowed $55,000.00 from CITIBANK.

3. As security for the loan, CITIBANK required, and the DEBTORS executed, a note and mortgage granting CITIBANK what was then a second mortgage interest in the DEBTORS' RESIDENCE.

4. On information and belief, prior to the Petition Date, CITIBANK transferred and assigned its second mortgage interest to BAYVIEW.

1

5. Prior to the Petition Date, the DEBTORS filed a Homestead Exemption relative to the RESIDENCE and have elected the Massachusetts State Exemptions herein in order to extend the protection thereof to this proceeding.

6. On information and belief, predicated upon an Opinion of Value obtained by the DEBTORS on September 24, 2009, the fair market value of the RESIDENCE is between $290,496 and $308,464 —which is less than the current outstanding balance of the DEBTOR'S first mortgage to Members Plus Credit Union of approximately $311,000. As such, there is no equity to secure the second mortgage held by BAYVIEW.

7. Given these circumstances, the second mortgage now held by BAYVIEW, as a lien upon the RESIDENCE, is subject to being completely avoided under 11 U.S.C. 506(a) and 11 U.S.C. 1322(b)(2) as there is no collateral value to secure that mortgage interest.

WHEREFORE, the DEBTORS request that the Court schedule an appropriate hearing(s) on the DEBTORS' request, enter an appropriate Order thereon, avoiding the second mortgage interest held on the RESIDENCE by BAYVIEW, and for such additional or alternative relief as may be just and proper.

> Respectfully submitted,
> Edgard M. Velloso
> Janet E. Velloso
>
> by their attorneys
> Schultz & Company
>
> /s/ Gordon N. Schultz
> Gordon N. Schultz, Esq.
> Schultz & Company
> 225 Franklin Street – Suite 2600
> Boston, MA 02110
> (T) 617.723.9090

Dated: October 26, 2009